UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| ANTHONY JOSEPH LACY, | ) | |
| | ) | |
| Plaintiff, | ) | 2:25-CV-00148-DCLC-CRW |
| | ) | |
| vs. | ) | |
| | ) | |
| APRIL DAWN LACY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court to consider the Order and Report and Recommendation ("R&R") of the United States Magistrate Judge [Doc. 4]. In the R&R, the magistrate judge granted Plaintiff's motion to proceed *in forma pauperis* [Doc. 1] and denied Plaintiff's motion for appointment of counsel [Doc. 3]. The magistrate judge also recommended that Plaintiff's complaint [Doc. 2] be dismissed because the claims set forth are without factual or legal merit and further recommends that Plaintiff be warned that the filing of further cases that fail to survive § 1915 screening or that result in dismissal under Rule 41(b) for failure to prosecute, will result in the District Court considering the imposition of an injunction pursuant to Standing Order 18-04. Plaintiff did not file objections to the R&R.[1] *See* Fed. R. Civ. P. 72(b).

After thorough consideration of the R&R and the record as a whole, the Court finds that the R&R properly analyzes the issues presented. For the reasons set out in the R&R, which are incorporated by reference herein, it is hereby **ORDERED** that the R&R [Doc. 4] is **ADOPTED**, and Plaintiff's complaint [Doc. 1] is **DISMISSED**. Plaintiff is **WARNED** that the filing of further

---

[1] Failure to file objections within the 14-day period pursuant to Rule 72(b) results in waiver of the right to appeal the Court's order. *Thomas v. Arn*, 474 U.S. 140, 153-54 (1985).

cases that fail to survive § 1915 screening or that result in dismissal under Rule 41(b) for failure to prosecute, will result in the District Court considering the imposition of an injunction pursuant to Standing Order 18-04.  The Clerk is **DIRECTED** to close the case.

**SO ORDERED:**

s/ Clifton L. Corker  
United States District Judge